UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:19-mj-03706 AOR

UNITED STATES OF AMERICA

vs.

FERNANDO REIS,

        Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   _____ Yes    __X__ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   _____ Yes    __X__ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
JASON A. REDING
Assistant United States Attorney
Fla. Bar No. 56876
99 N. E. 4th Street, Suite 600
Miami, Florida 33132
Tel: (305) 961-9202
Jason.Reding@usdoj.gov

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>FERNANDO REIS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:19-mj-03706 AOR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 23, 2019__ in the county of __Miami-Dade__ in the
__Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 846 | Attempted possession with intent to distribute 500 or more grams of ecstasy, a Schedule I controlled substance |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Elhrick Joseph Cerdan, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __10/24/19__

_____
*Judge's signature*

City and state: __Miami, FL__   ALICIA M. OTAZO-REYES, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Elhrick Joseph Cerdan, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I have been a Special Agent with Homeland Security Investigations (HSI) since 2009. I am currently assigned to the Financial Crimes Task Force working out of the High Intensity Drug Trafficking Area office in Miramar, Florida. As a Special Agent with HSI, I am responsible for, among other things, investigating the unlawful transportation of contraband, including Title 21 controlled substances. I have participated in numerous investigations involving violations of the Controlled Substances Act, which include conducting physical and electronic surveillance, execution of search warrants, examination of financial records, and arrests of numerous drug traffickers. I have received specialized training regarding the recognition, detection, and intricacies of currency smuggling, drug smuggling, and money laundering. Based upon this experience, I have become well versed in the methodology utilized in narcotics trafficking operations, the specific language used by narcotics trafficking operations, and the unique trafficking patterns employed by narcotics organizations.

2.      Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that on or about October 23, 2019, in Miami-Dade County, in the Southern District of Florida, Fernando REIS (hereafter referred to as REIS) knowingly attempted to engage in a scheme to possess and distribute 500 or more grams of Ecstasy, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

3.      The information contained within this affidavit is based upon my personal observations, training, and information related to me by other law enforcement officers and

investigators. This affidavit is intended to detail sufficient probable cause for this complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4.      In or around October of 2019, law enforcement received information from a Source of Information (SOI) pertaining to REIS and his involvement in the distribution of narcotics in South Florida. The SOI provided law enforcement with various text messages sent by REIS, utilizing cellphone number (305) 986-3311 via SIGNAL, an encrypted text messaging application.

5.      On or about October 4, 2019, text messages exchanged between REIS and the SOI stated the following:

> REIS: Dude I'm starving
> SOI: Keta
> 1kg $22.5k
> M1kg $10k
> REIS: Thank you
> SOI: NO
> NP
> REIS: I might need 2 packs of beans and a brick of m. Keep you posted
> I need 3K for sure
> SOI: Okay sounds good
> Would def prefer the 6K and brick
> REIS: Me and too
> It looks like 6Kwill confirm in the morning for sure and also working on the brick

6.      On or about October 10, 2019, text messages exchanged between REIS and the SOI stated the following:

> REIS: Ok. We are good to go for 6000 gray pleins.
> Sorry for the stupid color request but I'm dealing with that type of people.
> Nevertheless it's still a sale also I'll most likely get a whole brick of M
> Within 48 hrs.
> Ok
> Please make it gray if not I'm going to lose the sale
> Is there anyway to get a sample of the MDMA?

7. On or about October 22, 2019, text messages exchanged between REIS and the SOI stated the following:

> REIS: Yo 6k gray confirmed
> SOI: Nice. Ok got you
> REIS: Cool

8. On or about October 23, 2019, text messages exchanged between REIS and the SOI stated the following:

> SOI: Hey I'm getting the shipment organized, give me 2 minutes to send you addy
> REIS: ok
> 6k gray
> SOI: Yeah I already have your stuff
> 8685 NW 186th Street
> Hialeah, FL 33125
> It's a chevron.
> REIS: ok
> Getting situated
> Waiting for the money

9. Based on my training and experience, the text messages reveal a negotiation of a potential narcotics transaction of 6,000 pills of Ecstasy, a Schedule I controlled substance.

10. On or about October 23, 2019, REIS coordinated the purchase of 6,000 pills of Ecstasy for $18,000 in U.S. Currency. Specifically, REIS agreed to meet the SOI at 5:00 p.m. at a Chevron Gas Station located on 8685 N.W. 186th Street, Hialeah, FL.

11. Prior to the transaction with REIS, the SOI was searched and was provided with audio and video recording devices for the transaction. The search revealed that the SOI did not have any contraband in his possession. The SOI was thereafter provided with 6,000 pills of sham Ecstasy, weighting approximately 2 kilograms.

12. On or about October 23, 2019, at approximately 7:50 p.m., REIS arrived at the Chevron gas station in a silver KIA sedan, and the SOI exited his vehicle and entered REIS's

3

vehicle. Once the SOI was in the vehicle, REIS initiated the drug transaction by giving the SOI approximately $18,000 in cash in exchange for two boxes (referred to as "bricks") containing 6,000 pills of sham Ecstasy.[1]

13. Immediately after the drug transaction, at approximately 7:55 p.m., the SOI exited REIS's vehicle with approximately $18,000 in cash. Upon the SOI's exit of the vehicle, law enforcement conducted a takedown of REIS, who was still inside the silver KIA sedan. Upon his arrest, REIS was in possession of the two boxes containing 6,000 pills of sham Ecstasy.

**CONCLUSION**

14. Based on the foregoing, I respectfully submit that there is a probable cause to believe that Fernando REIS knowingly attempted to engage in a scheme to possess and distribute, 500 or more grams of Ecstasy, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 846.

FURTHER I HAVE SAYETH NAUGHT.

Elhrick Joseph Cerdan, Special Agent
Homeland Security Investigations

Sworn to and subscribed before me
this 24th day of October, 2019.

HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

10/24/19

---

[1] The entirety of the transaction was audio-video recorded.

4